**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JONATHAN ROBINS,

        Petitioner

        v.

LUCILLE FREEMAN,

        Respondent

: No. 229 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.